# IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JASON HEMENWAY and
EVA HEMENWAY,

Plaintiffs,

v.                                                              CASE NO.: 8:11-cv-597-JSM-AEP

JOHN BARTOLETTA,
HIGH STREET CAPITAL MANAGEMENT, LLC,
HIGH STREET GROUP, LLC, and
HIGH STREET FINANCIAL, LLC, and
ERICK J. ARNETT,

Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs hereby give notice that they voluntarily dismiss all claims against Defendants in the above styled case with prejudice. Each side shall bear their own attorneys' fees and costs.

DATED this 8th day of January, 2013.

/s/ Ken Abele
KEN ABELE
Georgia Bar No. 000377
Florida Bar No. 0254370
KEVIN A. FORSTHOEFEL
Florida Bar No. 092382
Ausley & McMullen
Post Office Box 39l
Tallahassee, Florida  32302
(850) 224-9115

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via CM/ECF and served by Email and U.S. Mail this 8th day of January, 2013 on:

Clay C. Schuett, PL
8200 113th Street North, Suite 103
Seminole, Florida  33772

/s/ Ken Abele
Attorney


cc:     Jason and Eva Hemenway