**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JASON HEMENWAY and
EVA HEMENWAY,

    Plaintiffs,

v.                                                                  Case No: 8:11-cv-597-T-30AEP

JOHN BARTOLETTA, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Plaintiffs' Notice of Dismissal With Prejudice (Dkt. #105). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of January, 2013.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-597 dismiss 105.docx